UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOTHEBY'S, INC.,

    *Plaintiff,*

-against-

MODERN ART SERVICES, LTD. and DAVID HILL,

    *Defendants.*

Index No. 10-CV-9032 (RMB)

**DECLARATION OF RONALD W. ADLEMAN**

RONALD W. ADELMAN declares under penalty of perjury:

I am counsel to Lynn & Cahill LLP, the attorneys for plaintiff Sotheby's, Inc. ("Sotheby's") in this action. I make this declaration for the purpose of submitting true copies of the attached documents in connection with Sotheby's Motion for Remand, submitted herewith.

1. Sotheby's Complaint, dated November 12, 2010.

2. Defendants' Amended Answer and Counterclaims (with exhibits), dated December 16, 2010.

3. Defendants' Notice of Removal and supporting papers, dated December 2, 2010.

Dated: New York, New York
       January 19, 2011

                                                Ronald W. Adelman